UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO.: 3:20-cv-00647-RJC-DCK

| | |
|---|---|
| LEIGH HOLMES, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GIFT SERVICES, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)** |

**NOW COME** Plaintiff Leigh Holmes ("Plaintiff") and Defendant Gift Services, Inc. ("Defendant" or "Gift Services") (Plaintiff and Gift Services collectively the "Parties'"), by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure stipulate and agree to the dismissal of all of Plaintiff's claims alleged against Defendant in this lawsuit *with prejudice*, each party to bear its own costs and attorneys' fees.

Respectfully submitted this the 24th day of September 2021.

SPIELBERGER LAW GROUP

/s/ *Gary Martoccio*
GARY MARTOCCIO
N.C. State Bar No. 54125
*Attorney for Plaintiff*
Spielberger Law Group
4890 W. Kennedy Blvd., Suite 950
Tampa, FL 33609
Telephone: (800) 965-1570 ext. 106
Email: gary.martoccio@spielbergerlawgroup.com

JACKSON LEWIS P.C.

/s/ *Ted N. Kazaglis*
TED N. KAZAGLIS
N.C. State Bar No. 36452
*Attorney for Defendant*
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Kazaglis@jacksonlewis.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO.: 3:20-cv-00647-RJC-DCK

| | |
|---|---|
| LEIGH HOLMES,<br><br>       Plaintiff,<br><br>vs.<br><br>GIFT SERVICES, INC.,<br><br>       Defendant. | **CERTIFICATE OF SERVICE** |

The undersigned certifies that on September 24th, 2021, the foregoing *Stipulation of Voluntary Dismissal With Prejudice Pursuant to Rule 41(a)(1)(A)(ii)* was electronically filed with the Clerk of the Court, using the Court's CM/ECF electronic service system which will send notification of such filing as follows:

Ted N. Kazaglis
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Ted.kazaglis@jacksonlewis.com
*Attorneys for Gift Services*

                                        **SPIELBERGER LAW GROUP**

                          By:    */s/ Gary Martoccio*
                                Gary Martoccio
                                N. C. State Bar No. 54125
                                4890 W. Kennedy Blvd.
                                Suite 950
                                Tampa, FL 33609
                                Tel.: (800) 965-1570
                                Fax: (866) 580-7499
                                gary.martoccio@spielbergerlawgroup.com
                                *Attorney for Plaintiff*

4832-9018-2134, v. 1